IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　Plaintiff<br><br>　　　　v.<br><br>KATHERINE CATINCHI<br>　　Defendant | 98-CV-1378(JAF)<br><br>Collection of Money |

**NOTICE TO THE COURT**

TO THE HONORABLE COURT:

　　Plaintiff, through the undersigned attorneys, hereby informs that the Judgment issued in this case against defendant Katherine Catinchi on May 24, 1999, has been satisfied in full.

　　In San Juan, Puerto Rico this 24th day of October, 2005.

　　　　　　　　　　　　　　　　H.S. GARCIA
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　S/*Rebecca Vargas-Vera*
　　　　　　　　　　　　　　　REBECCA VARGAS VERA-203307
　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　350 Carlos Chardon Street
　　　　　　　　　　　　　　　Torre Chardon Bldg, Rm 1201
　　　　　　　　　　　　　　　Hato Rey, Puerto Rico 00918
　　　　　　　　　　　　　　　Tel. (787)766-5656